IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JORGE L. NIEBLA,

    Plaintiff,

vs.                                  CASE NO.: 5:08cv148-SPM/AK

U.S. MAGISTRATE JUDGE
ELIZABETH M. TIMOTHY and
U.S. MAGISTRATE JUDGE
MILES DAVIS,

    Defendants.
_____/

## ORDER

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 3) dated June 9, 2008. Plaintiff has been furnished a copy and filed objections (doc. 4). Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted despite Plaintiff's objections.

Plaintiff has not paid the filing fee or sought to proceed in forma pauperis. Since he has filed 3 or more other cases that have been dismissed as frivolous, malicious, or for failure to state a claim, Plaintiff must pay the filing fee before he can proceed. 28 U.S.C. § 1915(g). His allegations are too vague to show that he is in

imminent danger of serious physical injury to qualify for the exception.

Accordingly, it is hereby ORDERED as follows:

1.	The magistrate judge's report and recommendation (doc. 3) is ADOPTED and incorporated by reference in this order.

2.	This case is dismissed without prejudice to Plaintiff's opportunity to refile with full payment of the $350 filing fee.

DONE AND ORDERED this 2nd day of June, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge